**Jeanne F. Loftis**, OSB #913612
**Hayley D. Hollis**, OSB #191636
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant Mine Safety Appliances Company LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RICHARD LONG,<br><br>      Plaintiff,<br><br>  v.<br><br>3M COMPANY, *et al.*,<br><br>      Defendants. | Civil No.: 3:23-cv-1325<br><br>**DEFENDANT MINE SAFETY APPLIANCES COMPANY, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Mine Safety Appliances Company, LLC states that it is wholly owned by Sag Main Holding, LLC, which is a joint venture of R&Q Insurance Holdings Ltd. and Obra Capital, Inc.

///

///

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**DEFENDANT MINE SAFETY APPLIANCES COMPANY, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**
**Page 1**

DATED: September 26, 2023

        BULLIVANT HOUSER BAILEY PC

By   */s/ Jeanne F. Loftis*
     **Jeanne F. Loftis, OSB #913612**
     E-Mail: jeanne.loftis@bullivant.com
     **Hayley D. Hollis, OSB #191636**
     E-Mail: hayley.hollis@bullivant.com
     SERVICE: asbestos@bullivant.com
     Telephone: 503.228.6351

     *Attorneys for Defendant Mine Safety Appliances Company LLC*

4881-3570-9568.1 37005/00006

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**DEFENDANT MINE SAFETY APPLIANCES COMPANY, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**
**Page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, I caused to be served the foregoing DEFENDANT MINE SAFETY APPLIANCES COMPANY, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT on the following parties at the following addresses:

| Party | Method |
|---|---|
| Devin N. Robinson<br>LAW OFFICES OF DEVIN ROBINSON<br>9450 SW Gemini Drive, PMB 27074<br>Beaverton, OR 97008<br>devin@nwtriallaw.com<br><br>Jordan Blumenfeld-James<br>(*Pro Hac Vice*)<br>Ethan A. Horn<br>DEAN OMAR BRANHAM SHIRLEY, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>jbj@dobslegal.com<br>**Attorneys for Plaintiffs** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Nancy M. Erfle<br>Sandy K. Hanson<br>GORDON REES SCULLY MANSUKHANI<br>1300 SW Fifth Avenue, Suite 2000<br>Portland, OR 97201<br>PORasbestos@grsm.com<br>**Attorneys for 3M Company** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Mark B. Tuvim<br>Kevin J. Craig<br>GORDON REES SCULLY MANSUKHANI<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>SEAasbestos@grsm.com<br>**Attorneys for Air & Liquid Systems Corporation and Velan Valve Corp.** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**Page 1**

| | |
|---|---|
| Marissa A. Alkhazov<br>BUCHALTER<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>malkhazov@buchalter.com;<br>msagara@buchalter.com;<br>krekofke@buchalter.com;<br>mhunt@buchalter.com;<br>kreger@buchalter.com<br>***Attorneys for American Optical Corporation*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Rachel Tallon Reynolds<br>Erin P. Fraser<br>LEWIS BRISBOIS BISGAARD & SMITH<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Seattle-asbestos@lewisbrisbois.com<br>***Attorneys for Armstrong International, Inc.*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Mark B. Tuvim<br>Kevin J. Craig<br>GORDON REES SCULLY MANSUKHANI<br>701 Fifth Avenue, Suite 2100<br>Seattle, WA 98104<br>SEAasbestos@grsm.com<br>***Attorneys for Asbestos Corporation Limited*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Rachel Tallon Reynolds<br>Erin P. Fraser<br>LEWIS BRISBOIS BISGAARD & SMITH<br>1111 Third Avenue, Suite 2700<br>Seattle, WA 98101<br>Seattle-asbestos@lewisbrisbois.com<br>***Attorneys for Flowserve US Inc. and Vogt Valve Company*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Ronald C. Gardner<br>GARDNER TRABOLSI & MORDEKHOV<br>Denny Building, Suite 600<br>2200 Sixth Avenue<br>Seattle, WA 98121<br>asbestos@gandtlawfirm.com<br>***Attorneys for The Goodyear Tire & Rubber Company*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**

**Page 2**

| | |
|---|---|
| Kristine E. Kruger, Bar No. 145691<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>KKruger@perkinscoie.com<br>**Attorneys for Honeywell International Inc.** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Daira S. Waldenberg<br>HAWKINS PARNELL & YOUNG, LLP<br>1420 5th Ave, Suite 2200<br>Seattle, WA 98101<br>dwaldenberg@hpylaw.com<br>**Attorneys for John Crane Inc.** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Lorianne Hanson<br>Ryan J. Roberts<br>BULLIVANT HOUSER BAILEY PC<br>925 Fourth Avenue, Suite 3800<br>Seattle, WA 98104<br>Asbestos@bullivant.com<br>**Attorneys for Metalclad Insulation LLC** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Annalie M. Faddis<br>GILLASPY RHODE FADDIS & BENN<br>4380 S. Macadam Avenue, Suite 590<br>Portland, OR 97239<br>afaddis@gillaspyrhode.com<br>pslack@gillaspyrhode.com<br>**Attorneys for Morse TEC, LLC and IMO Industries Inc.** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**Page 3**

| | |
|---|---|
| George S. Pitcher<br>Dmitriy S. Golosinskiy<br>888 SW Fifth Avenue, Suite 900<br>Portland OR 9720<br>asbestosPDX@lewisbrisbois.com<br>Dmitriy.Golosinskiy@lewisbrisbois.com<br>George.Pitcher@lewisbrisbois.com<br><br>Paul M. Bessette (pro hac vice)<br>Demler Armstrong & Rowland, LLP<br>101 Montgomery St., Ste. 1800<br>San Francisco, CA 94104<br>bes@darlaw.com<br><br>***Attorneys for National Steele and Shipbuilding Company, DCo, LLC, Pneumo Abex, LLC, and DeZurik, Inc.*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Christopher S. Marks<br>Malika Johnson<br>Dirk Bernhardt<br>Daniel A. Womac<br>TANENBAUM KEALE, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle WA 98101<br>seattle.asbestos@tktrial.com<br>***Attorneys for Paramount Global, Clark-Reliance LLC, Electrolux Home Products Inc, Foster Wheeler Energy Corporation, and General Electric Company*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |
| Allen E. Eraut<br>RIZZO BOSWORTH ERAUT PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201<br>asbestos@rizzopc.com<br>***Attorneys for Warren Pumps, LLC, ITT, LLC, Goulds Pumps, LLC, and Viad Corporation*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  <u>Email</u> |

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**Page 4**

| Elizabeth H. White<br>K&L GATES LLP<br>One SW Columbia St. Ste. 1900<br>Portland, OR 97204<br>elizabeth.white@klgates.com<br>**Attorneys for Crane Environmental, LLC** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
|---|---|
| Rachel Alyson Rubin<br>1325 4th Ave. Ste. 940<br>Seattle, WA 98101<br>rubin@sohalang.com<br>**Attorneys for BW/IP Inc. and Flowserve Corporation** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Diane C. Babbitt<br>LANE POWELL<br>PO Box 91302<br>Seattle, WA 98111<br>babbittd@lanepowell.com<br>**Attorneys for A.W. Chesterton Company, Viking Pump, Inc., and Genuine Parts Company** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Stephen P. Yoshida<br>David Cramer<br>MB LAW GROUP LLP<br>117 SW Taylor St. Ste. 200<br>Portland, OR 97204<br>syoshida@mblglaw.com<br>dcramer@mblglaw.com<br>**Attorneys for FMC Corporation** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Melissa Roeder<br>7848 S 135th St.<br>Seattle, WA 98178<br>harleysandheels@gmail.com<br>**Attorneys for Hopeman Brothers Inc. and William Powell Company** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**Page 5**

| | |
|---|---|
| Megan Elizabeth Uhle<br>Dana Copstead Kopij<br>WILLIAM KASTNER<br>1515 SW 5th Ave. Ste. 600<br>Portland, OR 97201<br>muhle@williamskastner.com<br>dkopij@williamskastner.com<br>**Attorneys for Valves and Controls US, Inc.** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Claude F. Bosworth<br>Shaun Morgan<br>RIZZO BOSWORTH ERAUT PC<br>1300 SW Sixth Ave. Ste. 330<br>Portland, OR 97201<br>cbosworth@rizzopc.com<br>smorgan@rizzopc.com<br>***Attorneys for Paramount Supply Co***. | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Virginia Leeper<br>J Scott Wood<br>GORDON REES SCULLY MASUKHANI LLP<br>701 5th Ave. Ste. 2100<br>Seattle, WA 98104<br>vleeper@grsm.com<br>swood@grsm.com<br>***Attorneys for C.H. Murphy/Clark-Ullman, Inc.*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |
| Edward R. Hugo<br>HUGO PARKER, LLP<br>240 Stockton St., 8th Floor<br>San Francisco, CA 94108<br>service@hugoparker.com<br>***Attorneys for Fryer-Knowles, Inc.*** | ☐ U.S. Postal Service, ordinary first class mail<br>☐ U.S. Postal Service, certified or registered mail, return receipt requested<br>☐ E-Filing<br>☐ E-Service<br>☐ Hand Delivery<br>☒ Other (specify)  Email |

          */s/ Jeanne F. Loftis*
          Jeanne F. Loftis, OSB #913612
          asbestos@bullivant.com

**Bullivant|Houser|Bailey PC**

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**Page 6**